IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LEE MOORE,

    Plaintiff,

v.                                          4:14cv241-WS

MICHAEL D. CREWS, et al.

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 15) docketed October 24, 2014.  The magistrate judge recommends that the plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.  The plaintiff has filed objections (doc. 18) to the report and recommendation.

The court having reviewed the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 15) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint, and this action, are hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted and for failure to fully disclose his prior litigation history.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket sheet that the case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   14th   day of   January  , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE